UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BENITA RADIN,** PLAINTIFF, | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-00055 ) ) |
| **ANDREW SAUL,** COMMISSIONER OF SOCIAL SECURITY**,** | ) ) Magistrate Judge Litkovitz ) ) |
| **Defendant.** | ) ) ) |

## **ORDER**

    The Parties having filed a Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), due notice having been given, and the Court being advised in the premises:

1. The parties' Joint Motion for Remand for Further Proceedings, Pursuant to Sentence Four of 42 U.S.C. § 405(g), is granted.

2. This Court hereby enters a judgment, reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act (Act), 42 U.S.C. § 405(g), with remand of the cause to the Commissioner for further administrative proceedings.

3. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision.  The Commissioner will instruct the ALJ to re-evaluate Plaintiff's mental impairments at Step Two and to then reconsider Plaintiff's physical and mental RFCs pursuant to SSR 96-8p.  Additionally, the Appeals Council will also instruct the assigned ALJ to re-weigh the medical opinion evidence pursuant to 20 CFR Sections 404.1527(c), 404.1527(f)(1), and SSR 96-2p.  The ALJ will then reconsider each

subsequent step in the sequential evaluation process. The ALJ will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, offer a new hearing, and then issue a new decision.

Dated: 8/12/2020

*Karen L. Litkovitz*

Karen L. Litkovitz
U.S. Magistrate Judge